STATE of Missouri, Respondent,

v.

Clifton B. CLOYD, Jr., Appellant.

No. WD 32749.

Missouri Court of Appeals, Western District.

July 20, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 31, 1982.

Application to Transfer Denied Oct. 18, 1982.

James W. Fletcher and Gary L. Gardner, Kansas City, for appellant.

John Ashcroft and Priscilla Gunn, Jefferson City, for respondent.

Before KENNEDY, P. J., and MANFORD and CLARK, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for robbery in the second degree, § 569.030, RSMo 1978.

Affirmed.